UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMURL ALIE SCOTT,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>STUART SHERMAN, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 16-1561-PA (KK)<br><br>ORDER ACCEPTING FINDINGS AND FINAL RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: 11/21/2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　　　　United States District Judge