JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMURL ALIE SCOTT, | Case No. CV 16-1561-PA (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| STUART SHERMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Final Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: 11/21/2016

HONORABLE PERCY ANDERSON
United States District Judge